Certificate Number: 14912-PR-DE-032643599

Bankruptcy Case Number: 19-00644



14912-PR-DE-032643599

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 9, 2019,</u> at <u>2:22</u> o'clock <u>PM EDT</u>, <u>Juanitaleonor Nieves</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date:    <u>April 9, 2019</u>                By:    <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:    <u>Counselor</u>